IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DON ABREU, ANDREW
MANIOS, CHRIS MANIOS
AND GLOBAL AMENITIES,
LLC,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D16-3052

v.

ASI HOLDING COMPANY,
INC., D/B/A AMENITY
SERVICES, INC., A FLORIDA
CORPORATION,

     Respondent.

_____/

Opinion filed December 19, 2016.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Jonathan Pollard, Fort Lauderdale, for Petitioner.

A. Benjamin Gordon, III, Ft. Walton Beach, for Respondent.

PER CURIAM.

     DENIED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.